Yana Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Christopher Melingonis

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MELINGONIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIAL SOLUTIONS, LLC d/b/a Global Business Lending,<br><br>Defendant. | Case No.: 3:18-cv-00610-DMS-KSC<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. DANA M. SABRAW** |

Plaintiff CHRISTOPHER MELINGONIS, hereby moves this Court to dismiss the above entitled action without prejudice pursuant to FRCP 41(a).

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action without prejudice.

Dated: June 12, 2019                                     **Hyde & Swigart, APC**

                                                                    By: /s/ Yana A. Hart
                                                                    Yana A. Hart, Esq.
                                                                    *Attorney for Plaintiff*